UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMEN LEBRON, | : |
| Plaintiff, | : |
| v. | C.A. No.: |
| HOME DEPOT USA, INC., | : |
| Defendant. | : |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446, Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Barnstable Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts. Home Depot appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On or about November 7, 2022, Plaintiff Carmen Lebron ("Plaintiff") commenced the action in the Barnstable Superior Court for the Commonwealth of Massachusetts as Docket No. 2272-CV-00456. See Exhibit 1.

2. On December 5, 2022, Plaintiff served Home Depot through its registered agent. See Exhibit 2.

3. No orders have been issued in this Action.

4. In accordance with the requirements of 28 U.S.C. § 1446(b)(1) and Toro c. CSX Intermodal Terminals, Inc., 199 F. Supp. 3d 320, 323 (D. Mass. 2016), this Notice of

1

Removal is filed within thirty (30) days of Home Depot's receipt, through service or otherwise, of the Complaint establishing that the case could be removed.

5. Plaintiff alleges that she is a resident of the Commonwealth of Massachusetts. <u>See</u> Exhibit 1.

6. Defendant Home Depot is a corporation organized and existing pursuant to the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. <u>See</u> Exhibit 1.

7. In the Complaint, the Plaintiff alleges that on or about December 19, 2019, she sustained personal injuries at the Home Depot store located in Hyannis, Massachusetts. <u>See</u> Exhibit 1.

8. In the Civil Action Cover Sheet, Plaintiff alleges damages exceeding $178,000.00. <u>See</u> Exhibit 3.

9. The Action is a civil action over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states and the amount in controversy with respect to Plaintiff exceeds $75,000, exclusive interest and costs.

10. Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly file a copy of this Notice of Removal with the Clerk of the Barnstable Superior Court of the Commonwealth of Massachusetts and will serve a copy of the same on counsel for Plaintiff.

WHEREFORE, Home Depot hereby removes the Action now pending in the Barnstable Superior Court of the Commonwealth of Massachusetts, Docket No. 2272-CV-00456, to the United States District Court for the District of Massachusetts.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DEFENDANT, |
|  | HOME DEPOT U.S.A., INC., |
|  | By its Attorneys, |
|  | */s/ Kelly Martin Malone* |
|  | Kelly Martin Malone (#18093) |
|  | Anthony P. Gatto (#698301) |
|  | Adler Pollock & Sheehan P.C. |
|  | 175 Federal Street, 10th Floor |
|  | Boston, MA  02110-2210 |
|  | Tel:  617.482.0600 |
|  | kmalone@apslaw.com |
| DATED: December 27, 2022 | agatto@apslaw.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2022 I caused a true copy of the foregoing document to be served upon the following counsel of record through the court's CM/ECF filing system and also by electronic mail:

James C. Crowley, Jr., Esq.
Law Offices of John C. Manoog, III
450 South Street
Hyannis, MA 02601
James.crowley.manoog@outlook.com

                                             */s/ Kelly Martin Malone*
                                             Kelly Martin Malone

4864-3036-1413, v. 1

# EXHIBIT 1

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.                                    BARNSTABLE SUPERIOR COURT
                                                   C.A. No.:

CARMEN LEBRON                         ]
    Plaintiff,                        ]
                                      ]
                                      ]
v.                                    ]
                                      ]
                                      ]
HOME DEPOT USA, INC.                  ]
    Defendant.                        ]
                                      ]

## COMPLAINT

1. The Plaintiff Carmen Lebron is a natural person who is a resident of the town of Marstons Mills, Barnstable County, Massachusetts.

2. The Defendant Home Depot USA, Inc. is a foreign corporation with a principal place of business located at 2455 Paces Ferry Road, Atlanta, GA and an agent for service of Corporation Service Company, 84 State Street, Boston, MA, 02109.

3. The Defendant Home Depot USA, Inc. operates a retail Home Depot Store at 65 Independence Drive, Hyannis, MA.

4. On or about December 19, 2019, the Plaintiff was a lawful visitor as a retail customer at the Home Depot Store at 65 Independence Drive, Hyannis, MA.

5. On or about December 19, 2019, the Plaintiff slipped and fell in a puddle on the floor of the store suffering multiple severe injuries.

6. The Defendant knew or should have known of the dangerous and defective condition of the premises.

7. This Court has jurisdiction over this matter pursuant to M.G.L. 212, §3.

## COUNT I - NEGLIGENCE

8. The Plaintiff reasserts and incorporates herein all previous paragraphs.

9. The Defendant Home Depot USA, Inc. owed the Plaintiff a duty to maintain its premises in a safe condition for all visitors.

10. The Defendant Home Depot USA, Inc. failed to maintain the premises in a safe condition resulting in injury to the Plaintiff.

11. The Defendant Home Depot USA, Inc. knew or should have known of the dangerous and defective condition.

12. As a direct and proximate result of the Defendant Home Depot USA, Inc.'s negligence, the Plaintiff sustained personal injuries, was caused to experience pain and suffering, was caused to incur expenses for her medical care and treatment, was caused to suffer a loss of earning capacity, was caused to suffer permanent impairment and was otherwise harmed and damaged.

WHEREFORE, Plaintiff demands judgment in her favor against the Defendant in an amount to be determined by the Court, together with costs, interest and such other relief as the Court deems fair and reasonable.

## JURY DEMAND

The Plaintiff demands a Trial by Jury as to all issues so triable herein.

Respectfully submitted
PLAINTIFF
By her attorneys,

/s/ John C. Manoog, III
/s/ James C. Crowley, Jr.
John C. Manoog, III, BBO#567481
James C. Crowley, Jr. BBO #562664
Law Offices of John C. Manoog, III
450 South Street
Hyannis, MA 02601
508-775-0088
James.crowley.manoog@outlook.com

# EXHIBIT 2

| Summons | CIVIL DOCKET NO.<br>2272CV00456 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

SUPERIOR COURT
BARNSTABLE, SS
DEC 15 2022
Scott W. Nickerson, Clerk of Courts
Scott W. Nickerson, Clerk
BARNSTABLE County, Clerk

CASE NAME:

CARMEN LEBRON
Plaintiff(s)

vs.

HOME DEPOT USA, INC.
Defendant(s)

COURT NAME & ADDRESS:

BARNSTABLE COUNTY SUPERIOR COURT
3195 MAIN STREET
BARNSTABLE, MA 02630

THIS SUMMONS IS DIRECTED TO **Home Depot USA, INC.** (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Barnstable Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

  a) Filing your **signed original** response with the Clerk's Office for Civil Business, Barnstable Superior Court P.O. Box 425 or 3195 Main St., Barnstable, MA 02630 (address), by mail or in person **AND**

  b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: JAMES C. CROWLEY, JR., ESQ, THE LAW OFFICES OF JOHN R. MANOOG, III, 450 SOUTH STREET, HYANNIS, MA 02601

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

4. **Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on All Filings:**

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger , Chief Justice on _____ , 20___ . (Seal)

Clerk-Magistrate Scott W. Nickerson   *Scott W. Nickerson*

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

December 6, 2022

I hereby certify and return that on 12/5/2022 at 8:40 AM I served a true and attested copy of the Summons, Complaint, Interrogatories, Request for Production of Documents, Cover Sheet, Tracking Order in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, Process Clerk, agent and person in charge at the time of service for Home Depot U.S.A., Inc, at 84 State Street Corporation Service Company Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($23.90) Total: $60.20

Deputy Sheriff    Joseph Casey

_____
Deputy Sheriff

Date:

rev. 7/21

# **EXHIBIT 3**

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts <br> The Superior Court |
|---|---|---|
| | | COUNTY: Barnstable Superior Court (Barnstable) |



| **Plaintiff** | Carmen Lebron | **Defendant:** | Home Depot USA, Inc. |
|---|---|---|---|
| ADDRESS: | 624 Osterville W. Barnstable Road, Unit E1 | ADDRESS: | 2455 Paces Ferry Road, Atlanta, GA 30339 |
| Marstons Mills, MA 02648 | | | |
| **Plaintiff Attorney:** | James C. Crowley, Jr./John C. Manoog, III | **Defendant Attorney:** | |
| ADDRESS: | The Law Offices of John C. Manoog, III | ADDRESS: | |
| 450 South Street, Hyannis, MA 02601 | | | |
| BBO: | 562664/567481 | BBO: | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B20 | Personal Injury - Slip & Fall | F | ☒ YES  ☐ NO |

*If "Other" please describe: _____

Is there a claim under G.L. c. 93A?  ☐ YES  ☒ NO          Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date
1. Total hospital expenses                                                  $115,950.36
2. Total doctor expenses                                                     $13,185.33
3. Total chiropractic expenses                                                    $0.00
4. Total physical therapy expenses                                           $42,187.74
5. Total other expenses (describe below)                                      $7,247.81

Ambulance and VNA

Subtotal (1-5):                                                             $178,571.24

B. Documented lost wages and compensation to date                                 $0.00
C. Documented property damages to date                                            $0.00
D. Reasonably anticipated future medical and hospital expenses               Unknown
E. Reasonably anticipated lost wages                                              $0.00
F. Other documented items of damages (describe below)                             $0.00

TOTAL (A-F):                                                                $178,571.24

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Plaintiff suffered injuries to her shoulder, hip, knee, back and foot

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X *James C Crowley Jr*     Date: 11/7/22

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

N/A

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X *James C Crowley Jr*     Date: 11/7/22